# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

USA

**Plaintiff,**

**V.**

Eric Edney

**Defendant.**

FILED

2026-08-13

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Fujita , Deputy

**Criminal Case No.** 23-cr-02312-AGS-1

**STRICKEN DOCUMENT:**

Order

**Per Order # 184**